PAUL J. FISHMAN
United States Attorney
JORDAN M. ANGER
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ 07102
(973) 645-2829
(FLU: PM)

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Hon. FAITH S. HOCHBERG |
| *Plaintiff,* | *Criminal No. 01-593* |
| v. | |
| **RACHID KELAI,** | **ORDER FOR FULL PAYMENT OF FINE FROM REGISTRY OF COURT** |
| *Defendant.* | |

Upon consideration of the motion of Paul J. Fishman, United States Attorney for the District of New Jersey by and through JORDAN M. ANGER, Assistant U.S. Attorney, and this Court being fully advised in the premises:

IT IS HEREBY ORDERED that the Clerk of the United States District Court for the District of New Jersey, is directed to pay over forthwith to the Treasurer of the United States the sum of $4,100.00 from the $7,500.00, deposited in the Registry of the Court by Defendant, Rachid Kelai, in connection with the Appearance Bond executed by said defendant in Mag. Case

No. ~~00-37877-04~~ 00-3269-04 (Criminal No. 01-593) as full payment on the fine owed by the defendant in this case.

Dated this 10th day of September, 2012.

_____
HON. FAITH S. HOCHBERG, JUDGE
UNITED STATES DISTRICT COURT